Check No. 1093158

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---:|---:|---:|---:|
| 08-03138-JJT | 18U-0 | SCOTT D & TINA L SCHAFFNER | | 757.64 | 26.57 | 0.00 | 26.57 |
| | | Original Check written to: VERIZON, 404 BROCK DRIVE, BLOOMINGTON, IL  61701 | | | | | |
| 08-03387-MDF | 01U-0 | CLARENCE L & SHERRY ALLEN | | 91.71 | 87.55 | 0.00 | 87.55 |
| | | Original Check written to: EMBARQ, P.O. BOX 872967, KANSAS CITY, MO  641872967 | | | | | |
| 08-03706-MDF | 24U-0 | MATTHEW J & AMY L REHMEYER | REM 1 | 887.13 | 20.23 | 0.00 | 20.23 |
| | | Original Check written to: R M KREIDER CO., 88 GREBLE RD, JONESTOWN, PA  17038- | | | | | |
| 08-03744-MDF | 05U-0 | JESSICA L KOLARIC | 0043 | 15,511.40 | 825.70 | 0.00 | 825.70 |
| | | Original Check written to: ECMC, LOCKBOX 8682, P.O. BOX 16478, ST PAUL, MN  55116-0478 | | | | | |
| 08-03838-MDF | 09U-0 | THEODORE F & CHRISTI BALMER | 4417 | 811.90 | 120.18 | 0.00 | 120.18 |
| | | Original Check written to: NATIONAL COLLEGIATE TRUST, ONE CABOT ROAD, MEDFORD, MA  02155 | | | | | |
| 08-51311-JJT | 12U-0 | CORY W & TERRI L ADAMS | 4216/4699 | 294.14 | 55.47 | 0.00 | 55.47 |
| | | Original Check written to: VERIZON, 500 TECHNOLOGY DRIVE, #550, WELDON SPRING, MO  63304-2225 | | | | | |
| 08-51481-JJT | 10U-0 | DALE L & VALERIE A FREY | 9460/26 | 21,446.90 | 79.34 | 0.00 | 79.34 |
| | | Original Check written to: SOVEREIGN BANK, 2 ALDWYN LANE, MC 20-536-ARO, VILLANOVA, PA  19085- | | | | | |
| 08-51704-RNO | 11U-0 | GEORGE T JOHNSON | 3-24966-2 | 11,384.42 | 1,289.92 | 0.00 | 1,289.92 |
| | | Original Check written to: * MATTHEW F KYE, ESQUIRE, FOR HCA EQUIPMENT FINANCE, 1 EXPRESSWAY PLAZA, STE 114, ROSLYN HEIGHTS, NY  11577 | | | | | |

---

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA  17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1093158

November 06, 2013

PAY** Two Thousand Five Hundred Four Dollars and 96 Cents***************************

AMOUNT**$2,504.96**********

TO THE ORDER OF

VOID AFTER February 04, 2014
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-

Voucher manifest below. Please save the following pages for your records.  
Check No. 1093159

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT  
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 09-00224-MDF | 03S-0 | DUANE E DUDLEY | 1411 | 0.00 | 5,729.90 | 0.00 | 5,729.90 |
| | | Original Check written to:<br>UC BENEFITS & ALLOWANCES<br>7TH & FORSTER STREETS<br>HARRISBURG, PA  17121 | | | | | |
| 09-05609-RNO | 13U-0 | MARY A PATTERSON | 4386 | 0.00 | 3,787.37 | 0.00 | 3,787.37 |
| | | Original Check written to:<br>HUDSON & KEYSE, LLC<br><br>340 BLACKBROOK ROAD<br>PAINESVILLE, OH  44077 | | | | | |
| 10-03965-JJT | 22U-0 | JOSEPH E FEST | 3765/3755 | 123.76 | 5.11 | 0.00 | 5.11 |
| | | Original Check written to:<br>VERIZON<br>500 TECHNOLOGY DRIVE, #550<br>WELDON SPRING, MO  63304-2225 | | | | | |
| 10-07116-RNO | 07U-0 | JOSEPH GOETZ JR | 6018 | 1,494.51 | 64.66 | 0.00 | 64.66 |
| | | Original Check written to:<br>VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | | | | | |
| 10-09484-RNO | 06U-0 | JOSEPH A ZELINSKY | 1111 | 2,410.23 | 569.77 | 0.00 | 569.77 |
| | | Original Check written to:<br>UC BENEFITS & ALLOWANCES<br>7TH & FORSTER STREETS<br>HARRISBURG, PA  17121 | | | | | |
| 11-02421-JJT | 14U-0 | WILLIAM B WITNER | 2280 | 15,490.99 | 65.12 | 0.00 | 65.12 |
| | | Original Check written to:<br>US DEPARTMENT OF EDUCATION<br>P.O. BOX 530260<br>ATLANTA, GA  30353-0260 | | | | | |
| 12-07039-MDF | 999-0 | JAKE C. WHITFIELD<br>Original Check written to: | | 0.00 | 139.07 | 0.00 | 139.07 |

---

**Charles J. DeHart, III**  
**Standing Chapter 13 Bankruptcy Trustee**  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
(717) 566-6097  

Fulton Bank  
Lancaster PA 17604  

60-142 / 313  

No. 1093159  

November 06, 2013  

PAY** Ten Thousand Three Hundred Sixty One Dollars and No Cents******************  

AMOUNT**$10,361.00*********  

TO THE ORDER OF  

VOID AFTER February 04, 2014  
Positive Pay Account  

CLERK  U.S. BANKRUPTCY COURT  
P.O. BOX 908  
HARRISBURG, PA  17108-